UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH F. MANDOLI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG THAYER, et al.,<br><br>　　　　　Defendant. | No. CV-02-225-FVS<br><br>ORDER OF DISMISSAL |

**THIS MATTER** having come before the Court based upon a stipulated request for dismissal; Now, therefore

**IT IS HEREBY ORDERED:**

1. Mr. Lacy's motion to withdraw (Ct. Rec. 88) is denied as moot.

2. The plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

**DATED** this ___7th___ day of December, 2005.

　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　United States District Judge

ORDER- 1